No. 11–8716.   SEEBOTH *v.* MAYBERG ET AL.   C. A. 9th Cir. Certiorari denied. ▮

No. 11–8718.   OAKLEY *v.* SHEARIN, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied. ▮

No. 11–8722.   BOYKIN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 11–8725.   BELL *v.* ARKANSAS.   Sup. Ct. Ark.   Certiorari denied. ▮

No. 11–8729.   HARRINGTON *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied. ▮

No. 11–8736.   VOISIN *v.* RADER, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 11–8739.   BLAKE-BEY ET AL. *v.* COOK COUNTY, ILLINOIS. C. A. 7th Cir.   Certiorari denied. ▮

No. 11–8751.   DELAO *v.* LONG, ACTING WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–8752.   COVARRUBIAS *v.* CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 11–8753.   COCHRAN *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist., Div. 1.   Certiorari denied.

No. 11–8754.   EWING *v.* SMELOSKY, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 11–8758.   KYLES *v.* GARRETT ET AL.   C. A. 5th Cir.   Certiorari denied. ▮

No. 11–8760.   WEBSTER *v.* GROUNDS, ACTING WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–8761.   WINCHESTER *v.* JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS.   C. A. 10th Cir.   Certiorari denied. ▮

No. 11–8762.   BOTA *v.* HOLDER, ATTORNEY GENERAL.   C. A. 4th Cir.   Certiorari denied.